IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

BRANDON MCPHERSON, :
:
    Petitioner :
:
v. : CIVIL NO. 4:CV-15-519
:
BRIAN COLEMAN, : (Judge Brann)
:
    Respondent :

## ORDER

May 1, 2015

In accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Eastern District of Pennsylvania.

3. The Clerk of Court is directed to **CLOSE** the case.

    BY THE COURT:

    s/ Matthew W. Brann
    Matthew W. Brann
    United States District Judge

1